UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Unites States of America

Plaintiff

-vs.-

Case No. 8:15-CR-21-T-35AEP

Floriano Floresmilo Cacierra-Rua

Defendant

*****************************************************************

## STATEMENT OF SUBJECT MATTER RELEVANT TO THE APPEAL
## AND COURT'S 18 U.S.C. 3553 ANALYSIS

*As a result of a retroactive guidelines amendment (U.S.S.G. Amendment 782) lowering my baseline offense level for illegal drug importation, I submitted a motion "pro-se" seeking a reduction of my sentence. The Supreme Court pronounced that is determining whether to grant a sentence modification under 18 U.S.C. 3582 (c) (2) a district court should conduct a renewed 3552 analysis. See Peppers vs. United States, 131 Sect. 1229 (2011). Accordingly, I here recite my post sentencing effort at self-improvement, rehabilitation and self-awareness, as well as include a conduct report from the Federal Business of Prison, my education progress report, the recommendation for the reduction to be granted by the USPO and copies of all motions file by the Government and the Defense during the proceedings leading to the denial of it.*

1. Disciplinary Record

In federal prison inmates will often receive incident reports, colloquially referred to as "shots". These shots can range from a petty offense (leaving a book on top of the bed) to more serious violations (possession of contraband or assault). in over a year of pre and post-sentence incarceration, I have not received any reports which is not common among inmates that have served this much time, this shows my commitment to good behavior and my efforts for rehabilitation.

*Enclosed you will see that most offenses were referred as interfering with taking count, what that means basically is that I was sitting down while the stand up count was going on. It is considered a minor offense and is a common one among new inmates that are not aware of the procedures.*

2. Prison Work History

My work history has been outstanding during the year of my incarceration. During this time I have held different positions, exceeding my supervisor's expectations, and earning different promotions within the institution. My current position is:

- Compound Orderly

3. Educational and Vocational Activities.

During the time of my incarceration, I have not engaged in any self pity or lackadaisical pursuits of immediate gratification, or mindless entertainment. Instead I enrolled my self in different courses that would help me in cope with the changes in society and provide me with the tools necessary to provide a living for myself and my family at the time of my release.

Enclosed I am sending you a copy of all the courses that I have completed, they include:

- ESL (currently Enrolled)

CONCLUSION

As you can see, both my behavior and educational record reflect the conscious effort that I have made since my sentence to rehabilitate myself in order to become a productive member of society.

I look forward to this court rewarding my diligence and dedication by granting my request to have my sentence reduced to 100 months an adjust my release date accordingly.

Respectfully submitted this 12th day of November 2015 by

*Floriano Floresmilo Cacierra-Rua*
Floriano Floresmilo Cacierra-Rua
Inmate # 61952-018
Federal Correctional Complex Coleman Low
PO Box 1031